**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Wellpath SF HoldCo, LLC, *et al.*,[1] | Case No. 24-90566 (ARP) |
| Post-Restructuring Debtor. | |

**POST-RESTRUCTURING DEBTOR'S WITNESS AND EXHIBIT LIST
FOR JULY 23, 2025 HEARING AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned post-restructuring debtor in the chapter 11 cases (before the Effective Date of the Plan, a "<u>Debtor</u>" and after the Effective Date of the Plan, the "<u>Post-Restructuring Debtor</u>") hereby submits this witness and exhibit list (the "<u>Witness and Exhibit List</u>") with respect to the hearing scheduled for July 23, 2025, at 2:00 p.m. (prevailing Central Time) (the "<u>Hearing</u>") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

**<u>WITNESSES</u>**

The Post-Restructuring Debtor may call any of the following witnesses at the Hearing:

1. Any witness listed, offered, or called by any other party;

2. Any witness necessary to authenticate a document; and

3. Any witness required for rebuttal or impeachment.

The Post-Restructuring Debtor reserves the right to cross-examine witnesses called by any other party.

---

[1] Wellpath SF HoldCo, LLC's mailing address is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

1

## **EXHIBITS**

The Post-Restructuring Debtor may offer any one or more of the following exhibits at the Hearing:

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | *Standing Order Regarding Motions Commonly Filed by Individual Creditors* [Docket No. 2575] | | | | |
| 2. | *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Docket No. 2596] | | | | |
| 3. | *Order (I) Further Extending the Automatic Stay to the Non-Debtor Defendants and (II) Granting Related Relief* [Docket No. 2599] | | | | |
| 4. | *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date* [Docket No. 2680] | | | | |
| 5. | *General Form of Order Regarding Lift Stay Motions* [Docket No. 2907] | | | | |
| 6. | Any pleading (or exhibit thereto) on file in these cases | | | | |
| 7. | Any exhibits listed, designated, or offered by any other party | | | | |
| 8. | Any demonstrative exhibits used at the hearing. | | | | |
| 9. | Any exhibits necessary for rebuttal | | | | |

The Post-Restructuring Debtor reserves the right to modify, amend, or supplement this Witness and Exhibit List at any time prior to the Hearing.  The Post-Restructuring Debtor reserves the right to ask the Court to take judicial notice of pleadings, orders, transcripts, and/or other documents filed in or in connection with these chapter 11 cases, and to offer rebuttal exhibits. Designation of any exhibit above does not waive any objection the Post-Restructuring Debtor may have to any exhibit listed on any other party's exhibit list.

Dated: July 21, 2025

Respectfully submitted,

*/s/ Marcus A. Helt*

Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2801 N. Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Telephone:    (214) 295-8000
Facsimile:    (972) 232-3098
Email:        mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
James Kapp (admitted *pro hac vice*)
Catherine Lee (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:        fperlman@mwe.com
              bgiordano@mwe.com
              jkapp@mwe.com
              clee@mwe.com

*Counsel to the Post-Restructuring Debtor*

3

## CERTIFICATE OF SERVICE

I certify that on July 21, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marcus A. Helt*
Marcus Helt