**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. **24-90566 (ARP)**<br>Closed: 24-90533 (ARP) |
| Debtors. | (Joint Administration Requested) |

**KRISTIN ALLRED'S WITNESS AND EXHIBIT LIST**
[Pertaining to: Docs 3009 & 3153]

<table>
<tr><td colspan="2"><strong>UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION</strong></td></tr>
<tr><td>Main Case No: Case No. <strong>24-90566</strong><br>Closed: 24-90533 (ARP)</td><td>Name of Debtor: Green Copperfield, LLC d/b/a Trailer King Builders</td></tr>
<tr><td>Adversary No: N/A</td><td>Style of Adversary: N/A</td></tr>
<tr><td><strong>WITNESSES</strong>:</td><td>Judge: Alfredo R Perez</td></tr>
<tr><td>Kristin Allred | Matthew Herron</td><td>Courtroom Deputy: Akeita House</td></tr>
<tr><td rowspan="3">Any witness listed or called by any other party;<br><br>Rebuttal witnesses as necessary; and<br><br>Debtor reserves the right to cross-examine any witness called by any other party.</td><td><strong>Hearing Date: July 25, 2025</strong></td></tr>
<tr><td><strong>Hearing Time: 1:00 PM</strong></td></tr>
<tr><td>Party's Name:</td></tr>
<tr><td></td><td>Attorney's Name: Bennett G. Fisher<br>Attorney's Phone: 346-241-4095</td></tr>
<tr><td></td><td><strong>Nature of Proceeding:  Release by Debtors    [Doc. 3009, 3153]</strong>.</td></tr>
</table>

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

1

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 53-01 | Doc. 564; Chapter 11 Plan of Reorganization |  |  |  |  |
| 53-02 | Doc. 566; Disclosure Statement |  |  |  |  |
| 53-03 | Doc. 1307; Notice of Filing of Joint Chapter 11 Plan of Reorganization – Amended |  |  |  |  |
| 53-04 | Doc. 1308; Notice of Filing of Disclosure Statement - Amended |  |  |  |  |
| 53-05 | Doc. 1408; Notice of Filing of Joint Chapter 11 Plan of Reorganization – 2nd Amended |  |  |  |  |
| 53-06 | Doc. 1410; Notice of Filing of Disclosure Statement – 2nd Amended |  |  |  |  |
| 53-07 | Doc. 1430; Notice of Filing of Joint Chapter 11 Plan of Reorganization – 3rd Amended |  |  |  |  |
| 53-08 | Doc. 1431; Notice of Filing of Disclosure Statement – 3rd Amended |  |  |  |  |
| 53-09 | Doc. 1769; Notice of Filing of Joint Chapter 11 Plan of Reorganization – 4th Amended |  |  |  |  |
| 53-10 | Doc. 1770; Notice of Filing of Disclosure Statement – 4th Amended |  |  |  |  |
| 53-11 | Doc. 1832; Notice of Filing of Joint Chapter 11 Plan of Reorganization – 5th Amended |  |  |  |  |
| 53-12 | Doc. 1835; Notice of Filing of Disclosure Statement – 5th Amended |  |  |  |  |
| 53-13 | Doc. 2321; Notice of Filing Plan Supplement for the Debtors' |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | Joint Chapter 11 Plan of Reorganization | | | | |
| 53-14 | Doc. 2552; Notice of Filing of Modified First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc., and Certain of its Debtor Affiliates – Modified First Amended Plan | | | | |
| 53-15 | Doc. 2555; Notice of Filing Revised Plan Supplement Documents for the Debtor's Joint Chapter 11 Plan of Reorganization | | | | |
| 53-16 | Doc. 2586; Notice of Filing Further Modified First Amended Joint Chapter 11 Plan for Reorganization – Further Modified First Amended | | | | |
| 53-17 | Doc. 2679; Notice of Filing Final Plan Supplement Documents for Debtors' Joint Chapter 11 Plan of Reorganization | | | | |
| 53-18 | Doc. 3009; Motion Regarding Release by the Debtors | | | | |
| 53-19 | Doc. 3153; Supplemental to Motion Regarding Release by the Debtors | | | | |
| 53-20 | Doc. 3269; Notice of Hearing | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Dated: July 23, 2025

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By: /s/ *Bennett G. Fisher*
    **Bennett G. Fisher**, Esq.
    Texas Bar No. 07049125
    S.D. TX No. 6467

Bennett.Fisher@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 | Telephone
(346) 241-4095 | Direct
(713) 759-6830 | Fax

**Minyao Wang, Esq.** (*pro hac vice coming*)
New York Bar No. 4744314
Minyao.Wang@lewisbrisbois.com
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300 | Telephone
(646) 989-9428 | Direct
(212) 232-1399 | Fax

**Counsel to Kristin Allred, Victoria Klein and Mike Doyle**

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing has been served in accordance with LBR 9013(f) and Fed. R. Bankr. P. 7004(b) on July 23, 2025, to all parties who have filed a notice of appearance or request for notice in the case.

*/s/ Bennett G. Fisher*
Bennett G. Fisher