United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90566 |
| **WELLPATH SF HOLDCO LLC,** | § | |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |
| | | RE: ECF No. 113 |

### ORDER ON ANGEL GASTON'S (J2105:020151) MOTION

On 7/25/25, Angel Gaston (J2105:020151) filed the Motion at ECF No. 113. This Court deems the filing by the Movant to be a timely opt out of the third-party releases contained in the Plan.

Furthermore, this Court GRANTS Angel Gaston an extension of time to file a Proof of Claim until August 29, 2025. The Liquidating Trustee and/or Reorganized Debtors are hereby ORDERED to provide Angel Gaston with the Proof of Claim form and file a Certificate of Service with the Court showing service.

And lastly, regarding Angel Gaston's request for Appointment of Counsel, this Court **HEREBY DENIES** the request as moot based on the *Standing Order Regarding Motions Commonly Filed by Individual Creditors* [Docket No. 2575] attached hereto as **Exhibit A**, as the Court does not have the authority to appoint counsel.

Signed: July 30, 2025

Alfredo R Pérez
United States Bankruptcy Judge

1 / 1

## **EXHIBIT A**

**Standing Order**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

### STANDING ORDER REGARDING MOTIONS COMMONLY FILED BY INDIVIDUAL CREDITORS

This Court does not have the authority to act on behalf of individual creditors on a handful of topics that continue to come before the court in various filings:

1. This Court does not have the authority to appoint counsel or grant petitions for *in forma pauperis* status.

2. This Court does not have the power to order authorities to allow individual hearing attendance.

3. This Court does not have the power to order authorities to make changes to institutional mail policies.

4. This Court does not have the authority to direct the actions of other state or federal courts with whom individuals may have cases. This Court does have jurisdiction to enforce the automatic stay and its orders as to any individual that improperly takes action in another court to pursue an individual's case in violation of the automatic stay or this Court's orders.

5. This Court notes that individual creditors who have received an *Order Partially Modifying the Automatic Stay* to seek medical care sometimes misinterpret this Order as allowing stay relief to continue their litigation against one or more of the Debtors. The *Order Partially*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

2

*Modifying the Automatic Stay* does not support a stay relief motion. Rather, it allows the claimant to proceed with any pending motions for injunctive relief solely to pursue medical care.

      6.      This Court does not have the ability to provide individuals with complete, printed copies of all documents filed in these jointly administered cases.

Signed: April 30, 2025

                                                              Alfredo R Pérez
                                                            United States Bankruptcy Judge