United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90566 |
| WELLPATH SF HOLDCO LLC, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

RE: ECF No. 112

### ORDER ON LAWRENCE STINNETT'S (235293) MOTION

On 7/25/25, Lawrence Stinnett (235293) filed the Motion at ECF No. 112. This Court deems the filing by the Movant to be a timely opt out of the third-party releases contained in the Plan.

Furthermore, this Court GRANTS Lawrence Stinnett an extension of time to file a Proof of Claim until August 30, 2025. The Liquidating Trustee and/or Reorganized Debtors are hereby ORDERED to provide Lawrence Stinnett with the Proof of Claim form and file a Certificate of Service with the Court showing service.

Signed: July 30, 2025

_____
Alfredo R Pérez
United States Bankruptcy Judge