United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90566 |
| WELLPATH SF HOLDCO LLC, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |
| | | RE: ECF No. 115 |

### ORDER ON LESSIE THOMAS' MOTION TO OPT OUT

On July 28, 2025, Lessie Thomas filed the Motion at ECF No. 115. This Court deems the filing by the Movant to be a timely opt out of the third-party releases contained in the Plan.

Signed: July 30, 2025

Alfredo R Pérez
United States Bankruptcy Judge