# UNITED STATES BANKRUPTCY COURT

Southern  DISTRICT OF  Texas

Houston Division

In re:  Wellpath LLC,

§
§
§
§
§

Debtor(s)

Case No.   24-90563

Lead Case No.   24-90533

☒ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2025

Petition Date: 11/11/2024

Plan Confirmed Date: 04/30/2025

Plan Effective Date: 05/09/2025

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

◯ Other Authorized Party or Entity:

Name of Authorized Party or Entity

/s/ Marcus Helt

Signature of Responsible Party

07/31/2025

Date

Marcus Helt

Printed Name of Responsible Party

2801 N. Harwood St. Suite 2600
Dallas, TX 75201

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Wellpath LLC,                                                                          Case No.   24-90563

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $294,483,883 | $294,483,883 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $294,483,883 | $294,483,883 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $34,738,882 | $61,415,745 | $22,762,958 | $49,439,820 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Epiq | Other | $2,832,777 | $6,245,087 | $2,832,777 | $6,245,087 |
| ii | Lazard Freres and Co. LLC | Financial Professional | $1,728,885 | $8,039,911 | $451,984 | $6,763,010 |
| iii | McDermott Will & Emery LLP | Lead Counsel | $15,450,110 | $23,639,197 | $8,778,991 | $16,968,077 |
| iv | FTI Consulting, Inc. | Financial Professional | $6,326,549 | $9,772,839 | $3,296,557 | $6,742,847 |
| v | McDonald Hopkins LLC | Special Counsel | $781,933 | $1,162,027 | $353,156 | $733,250 |
| vi | KPMG | Other | $1,295,187 | $1,690,868 | $775,984 | $1,171,665 |
| vii | Proskauer Rose LLP | Other | $3,181,373 | $6,431,063 | $3,181,373 | $6,431,063 |
| viii | Stinson LLP | Other | $1,331,989 | $1,791,152 | $1,331,989 | $1,791,152 |
| ix | Pivot Health Law LLC | Other | $150,114 | $315,099 | $100,182 | $265,167 |
| x | Ross Smith & Binford PC | Other | $6,848 | $37,664 | $6,848 | $37,664 |
| xi | Dundon Advisors, LLC | Financial Professional | $0 | $637,721 | $0 | $637,721 |
| xii | Huron Consulting Group, Inc. | Financial Professional | $1,653,117 | $1,653,117 | $1,653,117 | $1,653,117 |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Wellpath LLC,                    Case No.  24-90563

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/23/2022)                    3

Debtor's Name Wellpath LLC,                                            Case No.  24-90563

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | $2,598,719 | $4,620,666 | $2,598,719 | $4,620,666 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| i | | Akerman LLP | Other | $21,007 | $21,007 | $21,007 | $21,007 |
| ii | | Barclay Damon, LLP | Other | $2,549 | $84,440 | $2,549 | $84,440 |
| iii | | Barnes & Thornburg LLP | Other | $144,665 | $144,665 | $144,665 | $144,665 |
| iv | | Billing, Cochran, Lyles, Mauro & | Other | $918 | $67,760 | $918 | $67,760 |
| v | | Burns White LLC | Other | $1,305 | $1,305 | $1,305 | $1,305 |
| vi | | Capstone Strategies | Other | $13,100 | $13,100 | $13,100 | $13,100 |

Debtor's Name Wellpath LLC,                                     Case No.  24-90563

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Cassiday Schade LLP | Other | $3,492 | $40,083 | $3,492 | $40,083 |
| | viii | Cogency Global Inc | Other | $272 | $272 | $272 | $272 |
| | ix | Consilio Inc DBA Consilio LLC | Other | $7,740 | $7,740 | $7,740 | $7,740 |
| | x | Constangy, Brooks, Smith & Pro | Other | $10,706 | $10,706 | $10,706 | $10,706 |
| | xi | CT Corporation | Other | $297 | $297 | $297 | $297 |
| | xii | Edward Bonner | Other | $6,058 | $6,058 | $6,058 | $6,058 |
| | xiii | Frost Brown Todd LLC | Other | $1,000 | $1,000 | $1,000 | $1,000 |
| | xiv | Greg Facktor & Associates LLC | Other | $11,808 | $11,808 | $11,808 | $11,808 |
| | xv | Hall Booth Smith, P.C. | Other | $2,885 | $55,280 | $2,885 | $55,280 |
| | xvi | Hardin, Jesson & Terry PLC | Other | $160 | $31,410 | $160 | $31,410 |
| | xvii | Husch Blackwell LLP | Other | $25,252 | $25,252 | $25,252 | $25,252 |
| | xviii | HyBridge Solutions Inc | Other | $17,421 | $17,421 | $17,421 | $17,421 |
| | xix | InTouch Technologies Inc DBA | Other | $879 | $879 | $879 | $879 |
| | xx | K&L Gates LLP | Other | $592 | $592 | $592 | $592 |
| | xxi | Kummerlen Law PLLC | Other | $342 | $14,248 | $342 | $14,248 |
| | xxii | Larry F Doll | Other | $6,400 | $6,400 | $6,400 | $6,400 |
| | xxiii | LBMC Staffing Solutions, LLC | Other | $3,439 | $3,439 | $3,439 | $3,439 |
| | xxiv | LegalBill.com LLC DBA Quovar | Other | $472,729 | $472,729 | $472,729 | $472,729 |
| | xxv | Manifest MedEx | Other | $17,500 | $17,500 | $17,500 | $17,500 |
| | xxvi | McCarter & English, LLP | Other | $13,333 | $13,333 | $13,333 | $13,333 |
| | xxvii | Mirador Law, a Professional Co | Other | $13,018 | $13,018 | $13,018 | $13,018 |
| | xxviii | Mosaic Solutions and Advocacy | Other | $5,000 | $5,000 | $5,000 | $5,000 |
| | xxix | New York State Education Depa | Other | $105 | $105 | $105 | $105 |
| | xxx | Nova Leadership LLC | Other | $13,600 | $13,600 | $13,600 | $13,600 |
| | xxxi | Ogletree,Deakins,Nash Smoak & | Other | $13,193 | $35,220 | $13,193 | $35,220 |
| | xxxii | Park & Associates, LLC | Other | $2,422 | $2,422 | $2,422 | $2,422 |
| | xxxiii | Parker Poe Adams & Bernstein | Other | $3,912 | $3,912 | $3,912 | $3,912 |
| | xxxiv | Paul Lanteigne | Other | $4,000 | $4,000 | $4,000 | $4,000 |
| | xxxv | Property Valuation Services | Other | $13,100 | $13,100 | $13,100 | $13,100 |
| | xxxvi | Quarles & Brady LLP | Other | $4,577 | $13,918 | $4,577 | $13,918 |
| | xxxvii | Sherrard Roe Voigt & Harbison | Other | $1,190 | $1,190 | $1,190 | $1,190 |
| | xxxviii | SIGNiX Inc | Other | $25 | $25 | $25 | $25 |
| | xxxix | Sirion Labs Inc | Other | $91,092 | $91,092 | $91,092 | $91,092 |
| | xl | Sonata Software North America | Other | $1,453,700 | $1,453,700 | $1,453,700 | $1,453,700 |
| | xli | Thomson West | Other | $4,628 | $4,628 | $4,628 | $4,628 |
| | xlii | ThoughtFocus Inc | Other | $116,084 | $116,084 | $116,084 | $116,084 |
| | xliii | UKG Inc | Other | $8,100 | $8,100 | $8,100 | $8,100 |
| | xliv | Virsys12, LLC | Other | $4,982 | $4,982 | $4,982 | $4,982 |
| | xlv | Walton Management Services, I | Other | $19,085 | $19,085 | $19,085 | $19,085 |
| | xlvi | WARNER, PANK, SALZILLO, | Other | $12,000 | $12,000 | $12,000 | $12,000 |
| | xlvii | Wheeler Trigg ODonnell LLP | Other | $883 | $883 | $883 | $883 |
| | xlviii | William James Teel DBA Growl | Other | $5,000 | $5,000 | $5,000 | $5,000 |

UST Form 11-PCR (12/23/2022)                    5

Debtor's Name Wellpath LLC,                                                                    Case No.   24-90563

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | Wimbish Gentile McCray & Ro | Other | $500 | $37,165 | $500 | $37,165 |
| | l | WSG Consulting LLC | Other | $7,000 | $7,000 | $7,000 | $7,000 |
| | li | Mia Lin Chow DBA Chow Crea | Other | $5,580 | $5,580 | $5,580 | $5,580 |
| | lii | Onspring Technologies LLC | Other | $3,220 | $3,220 | $3,220 | $3,220 |
| | liii | Proxima Worktech LLC | Other | $340 | $340 | $340 | $340 |
| | liv | Thomson Reuters Tax & Accou | Other | $6,535 | $6,535 | $6,535 | $6,535 |
| | lv | Athene Law LLP | | $0 | $9,006 | $0 | $9,006 |
| | lvi | Blackburn Domene & Burchett, | | $0 | $13,796 | $0 | $13,796 |
| | lvii | Chapman and Associates PC DB | | $0 | $143,211 | $0 | $143,211 |
| | lviii | Copeland Stair Kingma Lovell L | | $0 | $6,044 | $0 | $6,044 |
| | lix | Deloitte & Touche LLP | | $0 | $236,357 | $0 | $236,357 |
| | lx | Dinse P.C. | | $0 | $54,000 | $0 | $54,000 |
| | lxi | Faraci Leasure LLC | | $0 | $784 | $0 | $784 |
| | lxii | Foley, Baron, Metzger & Juip PL | | $0 | $22,060 | $0 | $22,060 |
| | lxiii | Ford & Harrison, LLP | | $0 | $146,722 | $0 | $146,722 |
| | lxiv | Fox Ballard PLLC | | $0 | $115,326 | $0 | $115,326 |
| | lxv | Gold & Ferrante, PC | | $0 | $17,090 | $0 | $17,090 |
| | lxvi | Gordon Rees Scully Mansukhan | | $0 | $318,778 | $0 | $318,778 |
| | lxvii | Hall & Evans LLC | | $0 | $81,406 | $0 | $81,406 |
| | lxviii | Hutchinson Cox LLC | | $0 | $2,401 | $0 | $2,401 |
| | lxix | Kopka Pinkus & Dolin PC | | $0 | $34,755 | $0 | $34,755 |
| | lxx | Koufman Law Group, LLC | | $0 | $74,217 | $0 | $74,217 |
| | lxxi | Larry S Davis PA | | $0 | $101,039 | $0 | $101,039 |
| | lxxii | Lewis Brisbois Bisgaard & Smith | | $0 | $70 | $0 | $70 |
| | lxxiii | Morgan Brown & Joy LLP | | $0 | $75 | $0 | $75 |
| | lxxiv | Paul Frank + Collins PC | | $0 | $90,000 | $0 | $90,000 |
| | lxxv | Reed Smith LLP | | $0 | $15,174 | $0 | $15,174 |
| | lxxvi | Reese Henry LLP | | $0 | $12,589 | $0 | $12,589 |
| | lxxvii | Scofield & Rivera, LLC | | $0 | $6,022 | $0 | $6,022 |
| | lxxviii | Serpe, Jones, Andrews, Callende | | $0 | $4,910 | $0 | $4,910 |
| | lxxix | Struck Love Bojanowski & Aced | | $0 | $17,743 | $0 | $17,743 |
| | lxxx | Teague, Campbell, Dennis, & G | | $0 | $75,429 | $0 | $75,429 |
| | lxxxi | Thompson Bowie & Hatch LLC | | $0 | $9,337 | $0 | $9,337 |
| | lxxxii | Weber Gallagher Simpson Stapl | | $0 | $42,981 | $0 | $42,981 |
| | lxxxiii | Whiteford Taylor & Preston LL | | $0 | $19,715 | $0 | $19,715 |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Wellpath LLC,                                    Case No.   24-90563

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $250,047 | $250,047 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $691,794,083 | 0% |
| c. Priority claims | $0 | $0 | $0 | $4,862,475 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                            Yes ⦿   No ◯

    If yes, give date Final Decree was entered:                07/01/2025

    If no, give date when the application for Final Decree is anticipated:

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?          Yes ⦿   No ◯

Debtor's Name Wellpath LLC,                                                    Case No.  24-90563

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Sean K. Tussy                                              Sean K. Tussy
Signature of Responsible Party                                 Printed Name of Responsible Party

Chief Accounting Officer                                       07/31/2025
Title                                                          Date

UST Form 11-PCR (12/23/2022)                       8

Debtor's Name Wellpath LLC,                                    Case No.  24-90563



Page 1



Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name Wellpath LLC,

Case No.   24-90563



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/23/2022)

10

Debtor's Name:    Wellpath Holdings, Inc. et al.                                                          Case No.   24-90533
                                                                                    Reporting Period: April 1, 2025 - June  30, 2025

Notes:

1.  These notes are being provided related to all PCRs filed for open debtor matters under Wellpath Holdings, Inc. et al.

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

a.  Administrative claims [1]

d.  General unsecured claims[2]

Notes:

1.  On July 8, 2025, the Post-Restructuring Debtor filed the *Post-Restructuring Debtor's First Omnibus Objection to Certain Asserted Administrative Claims*  (ECF No. 3256) (the "Objection").  A hearing on the Objection is scheduled for August 21, 2025 and the Post-Restructuring Debtor is reviewing and reconciling certain administrative claims subject to the Objection.

2.

Pursuant to Article IV.N.2 of the *First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates*  (with Technical Modifications) (ECF No. 2552), the Liquidating Trust assumed the liabilities, obligations, and responsibilities of the Debtors for all General Unsecured Claims.  The Liquidating Trustee is implementing procedures in accordance with the Liquidating Trust Agreement to reach resolution of General Unsecured Claims and determine the Liquidating Trust's liability for such Claims.  Distributions in accordance with the Liquidating Trust Agreement and in accordance with the procedures contemplated therein shall be the sole source of recovery, if any, against the Debtors, their Estates, or the Post-Restructuring Debtors in respect of such General Unsecured Claims, and the Holders of such General Unsecured Claims shall have no other or further recourse to the Debtors, their Estates, or the Post-Restructuring Debtors.