**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH SF HOLDCO, LLC,[1] | Case No. 24-90566 (ARP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**
**[Ref. to Doc. 280]**

**PLEASE TAKE NOTICE** that on July 24, 2025, creditor, H.I.G. Capital LLC, filed a Motion for Protective Order [Doc 280] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion has been set for **September 24, 2025, at 1:00 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Southern District of Texas before the **Honorable Alfredo R. Perez, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002**.

**PLEASE TAKE NOTICE** that parties may appear at the Hearing in person at the address indicated above or by remote participation. For those who wish to participate remotely, the audio communication will be by the use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application at https://meet.goto.com/JudgePerez or click the link on Judge Perez's homepage. The meeting code is "282694". Click the settings icon in the upper right corner and enter your name under the person information setting.

---

[1] A complete list of the post-restructuring Debtors in the chapter 11 cases is contained in the Findings of Fact, Conclusions of Law, and Order (a) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (b) Approving the Disclosure Statement on a Final Basis ("Plan Confirmation") [ECF No. 2596]. Unless otherwise indicated, all ECF docket citations refer to the docket of the related case, *In re Wellpath Holdings, Inc., et al.*, Case No. 24-90533.

83139899;1

**PLEASE TAKE FURTHER NOTICE** that parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Perez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: September 15, 2025

Respectfully submitted,

AKERMAN LLP

 /s/ Eyal Berger
Jason S. Oletsky (*Admitted Pro Hac Vice*)
Eyal Berger (*Admitted Pro Hac Vice*)
201 East Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 463-2700
jason.oletsky@akerman.com
eyal.berger@akerman.com

-and-

Evelina Gentry (*Admitted Pro Hac Vice*)
633 West 5th Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
evelina.gentry@akerman.com

Attorneys for H.I.G. Capital LLC

83139899;1

## CERTIFICATE OF SERVICE

I certify that on September 15, 2025, a copy of the forgoing document was filed through the Court's CM/ECF system and served via email upon all counsel of record for Plaintiffs in the Inmate Actions:

    Darold W. Killmer (dkillmer@killmerlane.com)
    Liana G. Orshan (lorshan@killmerlane.com)
    Madison S. Lips (mlips@killmerlane.com)
    Kayla M. Foley (kb@davidfoley.net)
    Andrew J. McNulty (andy@newman-mcnulty.com)
    Madeline M. Leibin (madeline@newman-mcnulty.com)
    Marie A. Newman (mari@newman-mcnulty.com)
    Ronard Clark Dixon, Jr. (rcdixon@halldixonlaw.com)
    Mark Anthony Burts II (anthony@burtslaw.com)
    Michael L. Littlejohn (mll@littlejohn-law.com)

                                             */s/ Eyal Berger*
                                             Eyal Berger

83139899;1