# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
# Wednesday, September 24, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Landon | Foody | McDermott Will & Schulte LLP | Debtor |
| David | Genender | McDermott Will & Schulte LLP | Debtor |
| James | Kapp | McDermott Will & Schulte LLP | Debtor |
| Madison | Lips | Killmer Lane, LLP | Martin (Putative Creditors) |
| Spencer | Pincus | The Advisory, PLLC | Zela Guirola |
| Adrian | Spearman | Spearman Legal Firm, P.C. | Khayla J Evans |
| Carole | Wurzelbacher | McDermott Will & Schulte LLP | Debtor |