**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Wellpath SF HoldCo, LLC,[1] | Case No. 24-90566 (ARP) |
| Post Restructuring Debtor. | **Re: Docket Nos. 592 and 690** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on September 15, 2025, the Wellpath Liquidating Trust (the "Trust") filed the *Wellpath Liquidating Trust's Motion for Entry of an Orde Extending the Deadline to File and Serve Objections to Claims* [Docket No. 592] (the "Extension Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 23, 2025, the Trust filed the *Wellpath Liquidating Trust's Motion for Clarifying Order Enforcing (A) the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates (with Technical Modifications), and (B) the Trust Distribution Procedures* [Docket No. 690] (the "Clarifying Motion", and together with the Extension Motion, the "Motions").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motions has been set for **November 25, 2025, at 1:00 p.m. (prevailing Central Time)** in the United States Bankruptcy Court for the Southern District of Texas before the Honorable Alfredo R. Pérez in Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that attendance at the hearing shall be by audio/video communication only. Audio communication will be by use of the Court's dial-in facility that you may access at 832-917-1510. Once connected, you will be asked to enter the conference room number, Judge Pérez's conference code is 282694. Video communication will be by use of the GoToMeeting Platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page (https://www.gotomeet.me/JudgePerez) on the Southern District of Texas website. The meeting code is "JudgePerez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that appearances must be made electronically in advance of the hearing. To make your electronic appearance, click "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that the Motions and all other documents filed in the above captioned case and other relevant case information are available free of charge on the

---

[1] Wellpath SF HoldCo, LLC's mailing address is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

following website maintained by Epiq Corporate Restructuring, LLC, in connection with these chapter 11 cases: https://dm.epiq11.com/wellpath. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Respectfully submitted,

**STINSON LLP**

*/s/ Zachary H. Hemenway*
Nicholas Zluticky (SDTX Bar No.  3845893)
Zachary Hemenway (SDTX Bar No.  3856801)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
nicholas.zluticky@stinson.com
zachary.hemenway@stinson.com

- and -

**PROSKAUER ROSE LLP**

Brian S.  Rosen (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Daniel Desatnik (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
brosen@proskauer.com
ebarak@proskauer.com
ddesatnik@proskauer.com

*Counsel to the Wellpath Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 3, 2025, a true and correct copy of the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

*/s/ Zachary H. Hemenway*
Counsel to the Wellpath Liquidating Trust