# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Wellpath SF HoldCo, LLC,[1] | Case No. 24-90566 (ARP) |
| Post-Restructuring Debtor. | |

**DECLARATION OF JOSHUA C. SCHUMACHER AS SVP & ASSOCIATE GENERAL COUNSEL FOR RISK MANAGEMENT & LITIGATION OF WELLPATH HOLDINGS, INC. AND CERTAIN OF ITS AFFILIATES AND SUBSIDIARIES IN SUPPORT OF THE POST RESTRUCTURING DEBTOR'S OBJECTION TO MOTION TO CLARIFY AND ENFORCE RIGHT TO PROCEED AGAINST DEBTOR WELLPATH OR LIQUIDATING TRUSTEE AS A NOMINAL DEFENDANT TO LIQUIDATE CLAIMS IN PENDING DISTRICT COURT PURSUANT TO 11 U.S.C. § 157(B)(5) OR FOR ALTERNATIVE RELIEF**

I, Joshua Schumacher, hereby declare under penalty of perjury:

1. I submit this declaration (this "Declaration"), in support of the *Post Restructuring Debtor's Objection to Motion to Clarify and Enforce Right to Proceed Against Debtor Wellpath or Liquidating Trustee as a Nominal Defendant to Liquidate Claims in Pending District Court Pursuant to 11 U.S.C. § 157(b)(5) or for Alternative Relief* (the "Objection"),[2] filed contemporaneously herewith.

2. I am a Senior Vice President & Associate General Counsel of Risk Management and Litigation for Wellpath Holdings, Inc. (collectively with the Debtors, the Post Restructuring Debtors, and their non-Debtor affiliates, "Wellpath"). I joined Wellpath in April 2025. My responsibilities include overseeing litigation against Wellpath. As a result of my tenure with

---

[1] Wellpath SF HoldCo, LLC's mailing address is 6550 Carothers Pkwy, Ste. 500, Franklin, TN 37067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Wellpath, I am generally familiar with the litigation that is pending against the Debtors and the Post Restructuring Debtors.

3. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents of Wellpath prepared in the ordinary course of business, other information prepared or collected by Wellpath's employees, information supplied to me by other members of Wellpath's management and third-party advisors, or my opinion based on my experience with Wellpath's operations. In making my statements based on documents and other information prepared or collected by Wellpath's employees or my conversations with Wellpath's counsel or other advisors, I have relied upon the accuracy of such documentation and other information. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

4. To date, the Debtors have incurred $119,670.25 in legal fees & expenses and have an additional in $8,683.00 payments pending in connection with the Garcia Action.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 14, 2025

/s/ *Joshua C. Schumacher*

| | |
|---|---|
| Name | Joshua C. Schumacher |
| Title | Senior Vice President and Associate General Counsel for Risk Management & Litigation |