IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WELLPATH SF HOLDCO, LLC,[1] | § | Case No. 24-90566 (ARP) |
| | § | |
| | § | (Jointly Administered) |
| Post-Restructuring Debtor. | § | |
| | | Re: Docket Nos. 66, 956 |

### NOTICE OF FILING OF PROPOSED FORMS OF ORDER GRANTING H.I.G. CAPITAL LLC'S MOTION TO ENFORCE CONFIRMATION AND RELEASE ORDERS
### (RELATES TO ECF NO. 66)

**PLEASE TAKE NOTICE** that, pursuant to the Order dated November 12, 2025 (ECF No. 956) ("Order"), the undersigned hereby files the following proposed documents:

1. AGREED [Proposed] Order Granting H.I.G. Capital, LLC's Motion to Enforce Confirmation and Release Orders and Enjoining Prosecution of Claims Asserted Against H.I.G. Capital, LLC ("Order Enjoining Plaintiffs"), attached hereto as **Exhibit A**; and

2. [Proposed] Order Granting H.I.G. Capital, LLC's Motion to Enforce Confirmation and Release Orders and Setting Formal Process for Resolving Future Attempts to Litigate Release Orders ("Order Setting Formal Process"), attached hereto as **Exhibit B**.

All counsel for the Colorado Plaintiffs and Mr. Fincham[2] have agreed to the proposed form of Order Enjoining Plaintiffs, and took no position regarding the proposed form of Order Setting Formal Process.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, any objections to the proposed forms of order are due on **December 10, 2025**, and the Court will conduct a hearing on the proposed forms of order and any objections on **December 11, 2025, at 11:45 a.m. (Central Time)** by telephone and video conference ("Hearing"), before the Honorable Alfredo R. Perez, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002.

---

[1] A complete list of the post-restructuring Debtors in the chapter 11 cases is contained in the Findings of Fact, Conclusions of Law, and Order (a) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (b) Approving the Disclosure Statement on a Final Basis ("Plan Confirmation") (ECF No. 2596).

[2] ECF No. 66. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to the in the Motion or in the Reply (ECF No. 363).

84487358;1

**PLEASE TAKE FURTHER NOTICE** that to participate remotely in the Hearing, parties should use the Court's dial-in facility for audio communication. The dial-in number is (832) 917-1510. Once connected, you will be prompted to enter the conference room number, which for Judge Perez is 282694. Video communication for the Hearing will be conducted using the GoToMeeting platform. You may connect via the free GoToMeeting application at https://meet.goto.com/JudgePerez or by clicking the link on Judge Perez's homepage. The meeting code is "282694." After joining, please click the settings icon in the upper right corner and enter your name under the personal information section.

**PLEASE TAKE FURTHER NOTICE** that parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: COURT PROCEDURES (uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Perez's homepage (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez). Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Respectfully submitted,

Dated: November 25, 2025                    Respectfully submitted,

                                             AKERMAN LLP

                                              /s/ Evelina Gentry
                                             Evelina Gentry (*Admitted Pro Hac Vice*)
                                             633 West 5th Street, Suite 6400
                                             Los Angeles, CA 90071
                                             Telephone: (213) 688-9500
                                             evelina.gentry@akerman.com

                                             and

                                             Jason S. Oletsky (*Admitted Pro Hac Vice*)
                                             Eyal Berger *(Admitted Pro Hac Vice)*
                                             201 East Las Olas Blvd., Suite 1600
                                             Fort Lauderdale, FL 33301
                                             Telephone: (954) 463-2700
                                             jason.oletsky@akerman.com
                                             eyal.berger@akerman.com


                                             Attorneys for H.I.G. Capital LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on November 25, 2025 the foregoing document was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System.

                                            */s/ Evelina Gentry*
                                            Evelina Gentry
                                            Attorneys for H.I.G. Capital LLC