United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 01, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Wellpath SF HoldCo, LLC,[1] | Case No. 24-90566 (ARP) |
| Post-Restructuring Debtor. | **Re Case No. 24-90566, Docket No.: 889** |

**ORDER DENYING MOTION TO CONFIRM DISMISSAL
OR PARTNERSHIP AND GENERAL PARTNER BANKRUPTCIES**

On November 25, 2025, this Court held a hearing on the *Motion to Confirm Dismissal of Partnership and General Partner Bankruptcies* [Docket No. 889] (the "Motion") filed by Creditors Kristin Allred, Mike Doyle, and Victoria Klein. This Court **HEREBY DENIES** the Motion, as the chapter 11 cases of CCS-CMGC Parent GP, LLC (Case No. 24-90534) and CCS-CMGC Parent Holdings, LP (Case No. 24-90535) remain pending before this Court.

Signed: December 01, 2025

Alfredo R Pérez
United States Bankruptcy Judge

[1] Wellpath SF HoldCo, LLC's mailing address is 6550 Carothers Parkway, Ste. 500, Franklin, TN 37067.