IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Wellpath SF HoldCo, LLC,[1]<br><br>　　　　　　　　Post-Restructuring Debtor. | Chapter 11<br><br>Case No. 24-90566 (ARP)<br><br>Re Case No. 24-90566, Docket No.: 926 |

**ORDER GRANTING IN PART MOTION TO CLARIFY AND ENFORCE RIGHT TO PROCEED AGAINST DEBTOR WELLPATH OR LIQUIDATING TRUSTEE AS A NOMINAL DEFENDANT TO LIQUIDATE CLAIMS IN PENDING DISTRICT COURT PURSUANT TO 28 U.S.C. § 157(b)(5) OR FOR ALTERNATIVE RELIEF**

On November 25, 2025, the Bankruptcy Court, Hon. Alfredo R. Pérez, heard the *Motion to Clarify and Enforce Right To Proceed Against Debtor Wellpath Or Liquidating Trustee As A Nominal Defendant To Liquidate Claims In Pending District Court Pursuant to 28 U.S.C. § 157(b)(5) Or For Alternative Relief* [Case No. 24-90566, Docket No. 926] (the "Motion") filed by Creditors Maria Elena Garcia, Adrieana Garcia, C.G. (a minor by and through guardian ad litem Maria Elena Garcia), S.G. (a minor by and through guardian ad litem Maria Elena Garcia), J.G. (a minor by and through guardian ad litem Maria Elena Garcia), and Gloria Garcia, as representatives of the Estate Of Manuel Garcia ("Movants").

The Court, having reviewed the Motion, all responses or objections, and replies thereto, and after hearing the arguments of counsel, the Court finds and concludes as follows:

**IT IS HEREBY FOUND, ORDERED, AND ADJUDGED THAT:**

Movants' Motion is **GRANTED IN PART**, as follows.

---

[1] A complete list of the Debtors in the Chapter 11 Cases may be obtained on the website of the Claims and Solicitation Agent at https://dm.epiq11.com/Wellpath.  Wellpath SF HoldCo, LLC's mailing address is 6550 Carothers Parkway, Ste. 500, Franklin, TN 37067.

1. California Forensic Medical Group, Inc.,[2] Tracia Anderson, and Eric Krenz are not and have never been Debtors[3] in the above-captioned Chapter 11 Cases.

2. Movants' request to proceed nominally against the Debtors, including Wellpath LLC, or the Wellpath Liquidating Trustee is denied.

3. As set forth in Article XIII.H of the Plan and the *Order (I) Further Extending the Automatic Stay to the Non- Debtor Defendants and (II) Granting Related Relief* [Case No. 24-90533, Docket No. 2599], the automatic stay no longer remains in effect against the non-debtor defendants that the automatic stay was extended to during the Chapter 11 Cases.[4] Therefore, Movants may proceed to judgment and collection against California Forensic Medical Group, Inc., Tracia Anderson, and Eric Krenz as Defendants in the pending matter of *Garcia v. City of Farmersville, et al.,* Case No. 1:21-cv-00482-KJM-EPG, pending before the District Court for Eastern District of California.

4. This Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: _____, 2025

                                                                                                      Honorable Alfredo R Pérez
United States Bankruptcy Judge

---

[2] Listed as "CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH" in the matter of *Garcia v. City of Farmersville, et al.,* before the Eastern District of California

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Case No. 24-90533, Docket No. 2596] (the "Confirmation Order") or the *First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates* [Case No. 24-90533, Docket No. 2596, Ex. A] (the "Plan"), as applicable.

[4] For the avoidance of doubt, the automatic stay extended to non-debtors expired on May 8, 2025.