IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

FEB 09 2026

Nathan Ochsner, Clerk of Court

IN re

WELLPATH SF HOLDCO , LLC ,

CASE NO. 24-90566 ( ARP )

OBJECTIONS TO WELLPATH DISCHARGE OR ANY FORM OF TACTICS TO AVOID LIABILITY FOR WILLFUL , MALICIOUS , CONDUCT DEFENDANTS KNEW WOULD CAUSE HARM .

  Comes now plaintiff Carlton Gallman pro se , to object to Wellpath being discharged from liabilities for harm caused to prisoners nationwide to enhance profits by denying needed medical treatment .

  Wellpath LLC is the current handle being used by HIG CAPITAL an investment firm that uses LLC's to collect huge government funded contracts for inmate healthcare throughout the United States . Before Wellpath the exact same techniques were used under different LLC's and as always bankruptcy is filed . An LLC is set up with fraudulent insurance coverage in order to be accepted to provide government funded medical services for inmates nationwide . After years of denying inmates proper healthcare causing injuries and deaths the LLC files bankruptcy in a court they picked and is discharged from being held liable for this conduct , allowed to continue with immunity by way of bankruptcy stays .

  There were no investigations , no hearings with medical evidence presented , not one medical document as evidence , from a thousand miles away in a court these people picked years ago when this scam started to discharge Wellpath in this case . The bankruptcy court failed to conduct a meaningful investigation into the fraudulent techniques and tactics of these LLC's such as repeatedly filing bankruptcy , fraudulent insurance coverage that is no coverage at all , while collecting billions and billions in government funded contracts for inmate medical services . To deny and refuse to provide acceptable medical care , charge inmates for sick call when the only treatment provided was to tell inmates to go purchase something at the canteen , then go bankrupt every time and the court has no hearings or investigations concerning fraudulent conduct and grants wellpath discharge from all liabilities is clear error and a bad look for any court . Anyone with an ounce of intelligence would question repeatedly filing bankruptcy in a picked district then being discharged to avoid liability for damages with no investigations , be able to change a couple letters around in the name and continue the same conduct of denying needed medical care . Its obvious this prison healthcare service is a scam and non dischargable pursuant to section 523 . see ( Minges 23 -cv-01308 ) Wellpath conduct was willful , malicious , and knowingly . Wellpath employed thousands of the best medical , legal , and financial

professionals to design a healthcare system to enhance profits by cutting cost of services . Wellpath policies , practices , of denying and delaying needed medical treatment are well known in courts throughout the nation and its no secret prison healthcare providers accept billions and then file bankruptcy every time . Its fraud to accept money for a service and not provide the service . Wellpath accepted money from KDOC to provide inmates , me included with acceptable medical care and then one way or other refused to provide it .

Wellpath practices of denying and delaying treatment to enhance profits became unconstitutional when needed medical care was denied and delayed causing injuries and deaths to inmates to avoid cost of specialist prescribed treatment for life ending conditions . Its very likely a jury will find wellpath conduct to be willful , malicious , and that wellpath did know without doubt , plan and continue a practice of denying needed medical care that had no possible outcome than to cause harm to enhance profits by denying needed medical treatment .

Bankruptcy protections are to provide companies a fresh start to keep people employed , work out debts fairly with an understanding of the situation , keep businesses operating for the good of everyone involved , not as a tool used in a scam . No one with good intentions employs attorneys to design plans for insurance coverage that becomes unavailable when bankruptcy is filed knowing they are going to file bankruptcy same as the previous 100 LLC's they set up . That is fraudulent conduct .

When a deaf , mentally ill prisoner understands that HIG CAPITAL controls inmate healthcare throughout the country using LLC's to accept billions in government funding for services they are not even providing then transfers the money around to protect it before filing bankruptcy that its a scam so does everyone else including this court . The bankruptcy court did not hold a single hearing with medical records as evidence presented after I filed timely objections to discharge , a clear error .

WHEREFORE , plaintiff CARLTON GALLMAN being a pro se prisoner prays the court will liberally construe these objections and reject any tactics to avoid liability for willful , malicious , conduct while knowing it will 100% cause injuries and deaths .

Respectfully submitted

1-30-2026

CARLTON GALLMAN # 164234

Carlton GALLMAN #164034
Lee adjustment Center
168 Lee adjustment Center Dr.
Beattyville Ky

Bankruptcy Court Clerk
515 Rusk Street
Houston, Texas 77002