IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

:

:

IN RE:          : IN RE:

Case No. 24-90533    : WILLIAM BASEMORE V. WELLPATH LLC et. al

             : USDC MD of PA 22-01700

CASE NO. 24-90533 [WILLIAM BASEMORE] PER ORDER [IN THE

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA, SEEKS RELIEF*FROM THE UNITED STATES

BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,

HOUSTON DIVISION, IN CASE NO. 24-90533

In the case of William Basemore vs. Theodoor Voorstad, MD and Wellpath, LLC (Case No. 24-90533; Civil Action No. 1:22-cv-01700) this is a matter of the lack of a timely receipt of the Opt Out packet from WELLPATH HOLDINGS, INC.

**In Brief:**

1. Plaintiff, in the above said case, received Defendants Motion and Brief In Support Of Motion to dimiss Plaintiff's civil action dated August 19, 2025.

2. Said Motion/Brief states: "Basemore did not elect to opt out of the Plan's Third-Party Release."

3. Plaintiff ("Basemore"), on September 2, 2025, filed a Motion, and Brief In Support Of, In The United States District Court For The Middle District Of Pennsylvania before The Honorable Judge Jennifer P. Wilson, so as to inform said Court of the Following facts as Plaintiff ("Basemore") knows them to be:

3a. The "packet" for "opting" was received on **April 22nd, 2025** at **Smart Communications**, a third party mailing system. See exhibit(s) **A, B, C, D, and E.**

*Relief sought by Plaintiff is being granted allowance to opt out.

With regard to these (four set) critical, time sensitive documents. Plaintiff Basemore was deprived of an opportunity to meet the established deadline due to third party routing.

**3b.** Please note: Exhibits **B**, **C**, **D**, and **E** shows that "From" Beaverton, OR (Wellpath Holdings, Inc.) "To" St. Petersburg, FL (Smart Communications), S. Hackensac, NJ is incorporated into the third party routing system.

**WHEREFORE**, Plaintiff Basemore seeks, by way of Order from the United States District Court For The Middle District Of Pennsylvania, relief from the United States Bankruptcy Court for the Southern District of Texas in case No. 24-90533 concerning the third-party release. See exhibit: **F**.

*Basemore, in having been deprived of meeting the deadline, due to the third-party mailing system, submitted the required opt out papers on 5/5/2025, prior to the "effective date." Current opt out deadline for incarcerated individuals was established as 60 days after the confirmation hearing date. See Exhibit: **G**. See also Exhibit: **H**.

Dated: 10/ 8 /2025

"Respectfully submitted,

S/ _William Base_

William Basemore (AS-0426)
SCI-Camp Hill
P.O. Box 8837
2500 Lisburn Road
Camp Hill, PA 17001

(2)